UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT KIRKLEY, | ) NO. EDCV 10-00869-MMM (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| RAUL LOPEZ, WARDEN, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Report, and Petitioner's "Supplement" filed on November 15, 2012.  The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.

Petitioner has appended to the "Supplement" several pages from an Augmented Reporter's Transcript of an in camera hearing held on August 3, 2007.  Petitioner labels this transcript "newly discovered evidence, because he did not possess it until recently.

1        A district court has discretion, but is not required, to consider
2   evidence presented for the first time in objections to a report and
3   recommendation.  *See* Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002);
4   United States v. Howell, 231 F.3d 615, 621-22 (9th Cir. 2000).  The
5   Court has exercised its discretion to consider the transcript appended
6   to the Supplement.  Having done so, and having completed its review, the
7   Court accepts the findings and recommendations set forth in the Report.

9        IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment
10  shall be entered dismissing this action with prejudice.

12       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
13  the Judgment herein on the parties.

15       LET JUDGMENT BE ENTERED ACCORDINGLY.

17  DATED: November 30, 2012

                                            *Margaret M. Morrow*
                                    ─────────────────────────────
                                          MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE