**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON SCOTT KIRKLEY,<br><br>               Petitioner,<br><br>   v.<br><br>RAUL LOPEZ, WARDEN,<br><br>               Respondent. | ) NO. EDCV 10-00869-MMM (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 30, 2012

                                          _____<br>                                          MARGARET M. MORROW<br>                                       UNITED STATES DISTRICT JUDGE